UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CV-6-D

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>v.<br><br>MORTON'S PERSONAL PROPERTY<br>SPECIFICALLY DESCRIBED AS:<br>$10,500.00 IN U.S. CURRENCY;<br>$16,590.00 IN U.S. CURRENCY;<br>$873.45 IN U.S. CURRENCY;<br>A 2015 JEEP PATRIOT, ALTITUDE<br>EDITION, VIN: 1C4NJPBA5FD191076;<br>AND MISCELLANEOUS ELECTRONIC<br>EQUIPMENT, AND ANY AND ALL<br>ATTACHMENTS THEREON;<br>AND ANY AND ALL PROCEEDS FROM<br>THE SALE OF SAID PROPERTY,<br>          Defendants. | ORDER |

Pending before the Court is a consent motion pursuant to 18 U.S.C. § 981(g)(2) to stay these proceedings in light of the related criminal investigation. For good cause shown, and finding that the provisions of § 981(g)(2) so warrant, the Court GRANTS the motion and stays these proceedings until such time as the related criminal proceedings have been finally determined or upon further order of the Court.

SO ORDERED. This 1 day of December, 2019.

JAMES C. DEVER, III
United States District Judge