IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:19-CV-6-D

UNITED STATES OF AMERICA, )
 )
        Plaintiff, )
 )
v. )
 )
MORTON'S PERSONAL PROPERTY, )
SPECIFICALLY DESCRIBED AS: )
$10,500.00 IN U.S. CURRENCY; )
$16,590.90 IN U.S. CURRENCY; )
$873.45 IN U.S. CURRENCY; )
A 2015 JEEP PATRIOT, ATTITUDE )
EDITION, VIN: 1C4NJPBA5FD191076; )
AND MISCELLANEOUS ELECTRONIC )
EQUIPMENT, AND ANY AND ALL )
ATTACHMENTS THEREON; AND ANY )
AND ALL PROCEEDS FROM THE SALE )
OF SAID PROPERTY, )
 )
        Defendants. )

## CONSENT ORDER AND JUDGMENT OF FORFEITURE

By signing below, the undersigned parties have informed the Court the following:

1.     They have settled the litigation in this matter.

2.     No other person has filed a claim to the defendant property within the time prescribed by law, and all parties who claim an interest in the defendant property have consented to the entry of this Order.

It is, therefore, ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of the United States and against the Claimant, David Morton, as to all property named in the complaint, to wit:

- $10,500.00 in U.S. Currency;

- $16,590.90 in U.S. Currency;

- $873.45 in U.S. Currency;

- A 2015 Jeep Patriot, Attitude Edition, VIN: 1C4NJPBA5FD191076, and any and all proceeds from the interlocutory sale substituted for the Vehicle as a defendant in this action; and

- Miscellaneous Electronic Equipment, and any and all attachments thereon, seized on September 5, 2018

All to be disposed of by the United States Department of Homeland Security according to law;

IT IS FURTHER ORDERED that each party shall bear its own attorney's fees, costs and expenses in this litigation; and

Upon entry of this Order, the clerk is Directed to close this case.

SO ORDERED this __11__ day of __May__, 2020.

_____
JAMES C. DEVER III
United States District Judge

Consented to:

_David Morton_
David Morton
Claimant

_Elliot Sol Abrams_
Elliot Sol Abrams
Cheshire Parker Schneider & Bryan, PLLC
Post Office Box 1029
133 Fayetteville Street, Suite 500
Raleigh, NC 27602
Counsel for the Claimant

_Matthew Fesak_
MATTHEW L. FESAK
Assistant United States Attorney
Civil Division
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
Email: matthew.fesak@usdoj.gov
N.C. Bar No. 35276
Attorney for Plaintiff